UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

HAROLD UZZELL &
ERICA C. UZZELL,                           CASE NO.: 17-40539-KKS
                                           CHAPTER: 7

    Debtors.
_____/

### ORDER DENYING, WITHOUT PREJUDICE, *AMENDED SECURED CREDITOR, AVAIL 1 LLC'S IN REM MOTION FOR RELIEF FROM AUTOMATIC STAY* (DOC. 55)

THIS MATTER is before the Court on the *Amended Secured Creditor, Avail 1 LLC's In Rem Motion for Relief from Automatic Stay* ("Motion," Doc. 55) filed on June 21, 2018. Because the Creditor has not demonstrated proper service, specifically that the Creditor did not serve the Debtor by mailing a copy of the Motion to the Debtor's correct address, as listed on the Court's official docket, pursuant to Fed. R. Bankr. P. 7004(b)(9), it is

[This space left intentionally blank]

SK

ORDERED: The Motion is DENIED, without prejudice, unless Creditor can demonstrate proper service within fourteen (14) days from the entry of this Order.

DONE and ORDERED on  July 20, 2018                    .

                                            KAREN K. SPECIE
                                            Chief U.S. Bankruptcy Judge

cc:  all parties in interest