Parcel: 141925 K0070  
Owner: UZZELL HAROLD

Property Use: 0100 - SINGLE FAMILY  
6248 HINES HILL CIR

## Leon County Property Appraiser

The Tax Roll is compiled by the Legal Descriptions as recorded in the Public Records of Leon County. Location addresses are not used in the preparation of the Tax Roll. <u>They should not be used for title searches or preparation of legal documents.</u>

### Parcel Information

**Parcel ID:** 141925 K0070  
**Owner(s):** UZZELL HAROLD  
UZZELL E

**Mailing Addr:** 6248 HINES HILL CIR  
TALLAHASSEE FL 32312

**Location:** 6248 HINES HILL CIR  
Location (Street) Addresses are provided by City Growth Management 850-891-7001 (option 3), and County DSEM 850-606-1300.

**Tax District:** 1 - CITY  
**Legal Desc:** OX BOTTOM MANOR UNIT II PHASE I  
LOT 7 BLOCK K  
OR 1582/1859

**Parent Parcel:** 1418200030000  
**Acreage:** 0.800 - ESTIMATED  
**Subdivision:** OX BOTTOM MANOR  
**Property Use:** 0100 - SINGLE FAMILY RESIDENTIAL  
**Bldg Count:** 1

### Sales Information

| Sale Date | Sale Price | Book/Page | Instrument Type | Improved / Vacant |
|---|---|---|---|---|
| 08/01/1992 | $32,000 | 1582/1859 | Warranty Deed | Vacant |

### Certified Value Detail

| Tax Year | Land Value | Improvement Value | Total Market Value | SOH Differential | Classified Use | Homestead |
|---|---|---|---|---|---|---|
| 2017 | $60,000 | $251,479 | $311,479 | $55,753 | $0 | 2017 - Yes |

### Certified Taxable Values

| Tax Year | Taxing Authority | Rate | Market | Assessed | Exempt | Taxable |
|---|---|---|---|---|---|---|
| 2017 | Leon County | 8.31440 | $311,479 | $255,726 | $50,000 | $205,726 |
| | Leon County - Emergency Medical Service | 0.50000 | $311,479 | $255,726 | $50,000 | $205,726 |
| | School - State Law | 4.32500 | $311,479 | $255,726 | $25,000 | $230,726 |
| | School - Local Board | 2.24800 | $311,479 | $255,726 | $25,000 | $230,726 |
| | City of Tallahassee | 4.10000 | $311,479 | $255,726 | $50,000 | $205,726 |
| | NW FL Water Management | 0.03530 | $311,479 | $255,726 | $50,000 | $205,726 |

### Building Summary

| Tax Year | Card | Bldgs | Building Use | Building Type | Yr Built | Base SqFt | Auxiliary SqFt |
|---|---|---|---|---|---|---|---|
| 2017 | 1 | 1 | Residential | SF - Single Family | 1994 | 2,730 | 947 |
| Total: | | 1 | | | | 2,730 | 947 |

**EXHIBIT "D"**

| Quick Links | | |
|---|---|---|
| **County Links** | **County Map Links** | **Other Map Links** |
| Leon County Tax Collector | Land Information (New) | Google Map |
| Permits Online (City / County) | (Contains FEMA, Zoning, Fire Hydrant, etc.) | Bing |
| Property Info Sheet | Flood Zone (FEMA) | Map |
| | Zoning Map | |
| | Fire Hydrant Map | |
| | More TLCGIS Maps | |