UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:  HAROLD UZZELL and           Case No.: 17-40539-KKS
        ERICA C. UZZELL             Chapter: 7

                    Debtors(s)

## ORDER GRANTING SECURED CREDITOR, AVAIL 1 LLC'S RENEWED/REVISED *IN REM* MOTION FOR RELIEF FROM AUTOMATIC STAY (DOC. 68)

This case is before the Court upon the Renewed/Revised *In Rem* Motion for Relief from Stay (DOC. 68) filed by Creditor, AVAIL 1 LLC ("Movant"). No party filed an objection within the prescribed time period, so the Court considers the matter unopposed. It is

**DONE AND ORDERED**:

1. The Renewed/Revised *In Rem* Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is vacated as to the Movant's enforcement of its mortgage on or security interest in the following property:

> LOT 7, BLOCK K, OX BOTTOM MANOR UNIT II, PHASE I, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 10, PAGE(S) 53, OF THE PUBLIC RECORDS OF LEON COUNTY, FLORIDA.

   **a/k/a 6248 Hines Hill Circle, Tallahassee, Florida 32312**

3. This order is entered for the sole purpose of allowing the Movant to obtain *in rem* relief against the property and Movant shall not seek *in personam* relief against the Debtors.

4. The Trustee retains the Estate's interest in the property. Movant shall notify the Trustee should there be any surplus funds from the foreclosure sale, or incentive funds in lieu of foreclosure or as a result of a short sale.

5. The Movant made sufficient allegations and a request in the Motion for Relief from Stay to waive the 14-day stay requirement of Bankruptcy Rule 4001(a)(3). No objection being raised,

the automatic stay shall be lifted immediately upon execution of this order.

6. This Court makes no determination that the Debtors have defaulted on the underlying obligation.

7. If the Debtors convert this case to another chapter, then the relief granted herein will survive any such conversion.

**DONE AND ORDERED**  August 20, 2018                .

Karen K. Specie
U.S. Bankruptcy Judge

# # #

Submitted/Prepared by:
Denise M. Blackwell-Pineda, Esq.
Attorney for Movant
Ritter, Zaretsky, Lieber & Jaime, LLP
2915 Biscayne Boulevard, Suite 300
Miami, Florida 33137
Phone: 305-372-0933
Denise@rzllaw.com
Fla. Bar. No. 751421

Denise M. Blackwell-Pineda, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.